# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cr-00020-KDB-SCR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **WRIT OF EXECUTION** |
| | ) | |
| **STEPHEN ALLEN HILL** | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND THE VANGUARD GROUP, INC.:

An Amended Judgment was entered on January 5, 2024, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Stephen Allen Hill, whose last known address is Federal Correctional Institution Ashland, P.O. Box 6001, Ashland, KY 41105, in the sum of $99,100.00. (Doc. No. 41). The balance on the account as of January 27, 2025, is $91,025.93.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the judgment by levying and/or executing on property, and The Vanguard Group, Inc. is commanded to liquidate and turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Stephen Allen Hill, Social Security Number XXX-XX-6540, has a substantial nonexempt interest, the property being any and all funds located in the Traditional Individual Retirement Account bearing account number XXXX0666 in the name of Stephen A. Hill at the following address:

THE VANGUARD GROUP INC.<br>
ATTN: OFFICE OF THE GENERAL COUNSEL<br>
100 VANGUARD BOULEVARD – M35<br>
MALVERN, PA 19355

YOU ARE FURTHER COMMANDED to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NC 28202

To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW5:22CR20 and Defendant's Name Stephen Allen Hill.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $91,025.93.

**SO ORDERED**.  Signed: January 27, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge